## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Joseph Walker, Jr.
Jackson Parish Corr. Center DOC No. 3002
287 Industrial Drive
Jonesboro, LA 71251

**REHEARING ACTION: June 26, 2013**

**Docket Number: 13   00266-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOSEPH WALKER, JR.**

**Writ Application from Iberia Parish Case No. 98-1844**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Walker, Jr.** has this day been

    **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Respondent